In re:

Ewanted.com Inc.

Case No: 01-33246

Debtor(s)

## APPLICATION FOR UNCLAIMED FUNDS

Canon Financial Services, Inc., claimant, hereby petitions the Court for $4,861.69, which is the sum of all monies being held in the Registry of the Clerk, United States Bankruptcy Court, as unclaimed funds, which are due to Canon Financial Services Inc., creditor.

The creditor did not receive the dividend check in the above case for the following reason:

The original dividend check was issued to Sklar and Paul, which is the law firm that represented Canon Financial Services, inc. in the above-mentioned case. Sklar and Paul is no longer located at 2201 Route 38 E. 100, Cherry Hill, NJ 08002. Sklar and Paul is not owed any portion of the unclaimed funds, as evidenced by exhibit A. Provided as exhibit B is an old invoice linking Canon Financial Services to the debtor, Ewanted.com.

The Creditor's mailing address at the time the claim was filed with the Court was:

Canon Financial Services Inc.
Sklar and Paul
2201 Route 38 E. 100
Cherry Hill NJ 08002

The claimant's current mailing address is:

Canon Financial Services, Inc.
158 Gaither Drive Suite 200
Mt. Laurel, NJ 08054
Phone: 856-813-1000
Last four digits of SS#/Tax ID: 6822

Dated: July 16, 2009

Rondy Leizerowicz, Controller
Canon Financial Services, Inc.
158 Gaither Drive, Mount Laurel, NJ 08054
856-206-1703

Subscribed and Sworn Before Me this  16th  day of  July , 20 09 .

SEAL

_____, Notary Public

Jacqueline Kelly
Notary Public State of NJ
My commission expires: My Commission Expires 5 / 12 / 2010

Notary in and for the State of  NJ