

**Signed and Filed: August 18, 2009**

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No: 01-33246 |
| Ewanted.com Inc. | Chapter No. 7 |
| Debtor | **ORDER TO PAY UNCLAIMED FUNDS** |

It appearing that the check(s) made payable to Canon Financial Services Inc., in the amount of $4,861.69 was not cashed within the 90 day limit and an unclaimed money report was entered on 07/05/2007 to close the account and transfer the monies to the Clerk, U.S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that Canon Financial Services, Inc. now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $4,861.69, to:

Canon Financial Services Inc.
158 Gaither Drive
Mount Laurel, NJ 08054

**End of Order**
**No Service List Requested**